UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 1:22-cr-10185-IT-4 |
| | * | |
| VINCENT FENG, | * | |
| | * | |
| Defendant. | * | |

MEMORANDUM & ORDER

Before the court is Defendant Vincent Feng's Motion for Leave to File a Motion for a Bill of Particulars [Doc. No. 248]. "The court may direct the government to file a bill of particulars. A defendant may move for a bill of particulars before or within 14 days after arraignment or at a later time if the court permits." Fed. R. Crim. P. 7(f). Here, Defendant was arraigned on August 9, 2022. See Elec. Clerk's Notes [Doc. No. 58]. The pending motion, filed on August 6, 2025, seeks leave to move for a bill of particulars three years after arraignment.

Defendant has been represented by the same counsel since his initial appearance on June 27, 2022. See Elec. Clerk's Notes [Doc. No. 5]. The court has held numerous status and pre-trial conferences between August 23, 2023, and June 24, 2025, see Elec. Clerk's Notes [Doc. Nos. 131, 161, 162, 168, 173, 209, 234], with no indication from counsel for any of the eight indicted Defendants that the Indictment was unclear. In January 2024, the court set a March 15, 2024 dispositive motion deadline. See Elec. Clerk's Notes [Doc. No. 161]. No such motion, including no motion claiming a lack of specificity in the Indictment under Fed. R. Crim. P. 12(b)(3)(B)(iii), was filed. Trial was originally scheduled for November 4, 2024, see Elec. Clerk's Notes [Doc. No. 131], and, after having been reset twice at the joint request of the parties, see Joint Mots. to Continue Trial [Doc. Nos. 175, 206], is now set to commence on December 1, 2025, see Elec.

Clerk's Notes [Doc. No. 209]. Under the court's Second Amended Pretrial Order [Doc. No. 210], government disclosures not previously produced are due by October 27, 2025.

"The purpose of a bill of particulars is to provide the accused with detail of the charges against him where necessary to enable him to prepare his defense, to avoid surprise at trial, and to protect against double jeopardy." United States v. Paiva, 892 F.2d 148, 154 (1st Cir. 1989) (citations omitted). Defendant's Motion for Leave to File a Motion for a Bill of Particulars [Doc. No. 248] asserts that the Indictment "is insufficient to provide Mr. Feng with the necessary details of the charges against him to enable him to prepare his defense, to avoid surprise [at] trial, and to protect against double jeopardy," id. at 1, but does not explain why any such failure warranting a bill of particulars was not present on the face of the Indictment [Doc. No. 38] when it was filed on July 28, 2022.

Defendant's only justification for his almost three-year delay is that he "has consistently reassessed whether a bill of particulars is needed in light of the ongoing productions from the government." Mot. 1 [Doc. No. 248]. However, a bill of particulars is not a discovery device or an investigative tool. See United States v. Merchia, 2024 WL 1678152, at *1 (D. Mass. Apr. 18, 2024) (citing United States v. Automated Med. Labs., Inc., 770 F.2d 399, 405 (4th Cir. 1985)); United States v. Cadden, 2015 WL 13683815, at *2 (D. Mass. Nov. 10, 2015) (same, citing cases from the Eastern District of California and the Eastern District of New York); United States v. Rodriguez-Torres, 560 F. Supp. 2d 108, 111 (D.P.R. 2008) (same, citing cases from the Fifth and Sixth Circuits). Nor is the volume of discovery a basis for granting a delayed motion for a bill of particulars. See United States v. Perez-Trevino, 2016 WL 1367187, at *1 (N.D. Iowa Apr. 5, 2016) (denying as untimely motion for bill of particulars filed 99 days after Rule 7(f) deadline

where defendant's only explanation was that his counsel "waited until he had reviewed the 'voluminous' discovery file").

Accordingly, the <u>Motion for Leave to File a Motion for a Bill of Particulars</u> [Doc. No. 248] is DENIED.

IT IS SO ORDERED.

August 14, 2025                                                                                         <u>/s/ Indira Talwani         </u>
                                                                                                                United States District Judge